UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **DAVID DRACH** | : | **CIVIL ACTION NO. 09-0989** |
| **VS.** | : | **JUDGE S. MAURICE HICKS** |
| **MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | : | **MAG. JUDGE KAREN L. HAYES** |

## ORDER

On December 7, 2009, the undersigned recommended that this case be dismissed because of plaintiff's failure to timely perfect service. (Dec. 7, 2009, Report and Recommendation [doc. # 5]). Since then, plaintiff has filed the requisite proofs of service indicating that he did, in fact, serve the government by November 16, 2009. (Pl. Obj., Exhs. 1-3 [doc. # 7]). Under the circumstances, the December 7, 2009, Report and Recommendation [doc. # 5] is hereby VACATED. Responsive pleadings are due by March 31, 2010.

IT IS SO ORDERED.

THUS DONE AND SIGNED at Monroe, Louisiana, this 18th day of February 2010.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE